IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH LEWIS WILLIAMS,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 12-0611-CG-M |
| ) | |
| **CYNTHIA S. WHITE,** ) | |
| ) | |
| Respondent. ) | |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that that this habeas petition is **DENIED** as time-barred and that this action is **DISMISSED**. It is further **ORDERED** that, if Petitioner files a certificate of appealability, then it be **DENIED** as he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 21st day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE