IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| **JOSEPH LEWIS WILLIAMS,** | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| vs. | ) | CIVIL ACTION NO. 12-0611-CG-M | |
| | ) | | |
| **CYNTHIA S. WHITE,** | ) | | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is hereby entered in favor of Respondent, Cynthia S. White, and against Petitioner, Joseph Lewis Williams.

**DONE and ORDERED** this 21st day of February, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE